DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TODD WILLIAM WHITNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1344

_____

June 3, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Michael A. Dye of The Law Offices of Michael A. Dye, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.